UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

TRACY GERLACH
on behalf of herself and all
others similarly situated,

    Plaintiff,

v.                                                Case No. 1:18-cv-00170 WCG

WEST REVENUE GENERATION
SERVICES, LLC and
WEST CORPORATION,

    Defendants.

### JOINT MOTION AND MEMORANDUM IN SUPPORT FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Tracy Gerlach, individually and as class representative, and Defendants West Revenue Generation Services, LLC and West Corporation, jointly move for final approval of the settlement agreement reached on July 18, 2018, during a mediation with Magistrate Judge James R. Sickel (the "Settlement Agreement").

## BACKGROUND

This case involves claims of overtime and meal-break violations by a former call-center employee under the Fair Labor Standards Act ("FLSA") and Wisconsin wage-and-hour law. (ECF No. 1, 33.) The Plaintiff, Tracy Gerlach, brought her claims individually and as a class and collective action. *Id.*

At a mediation with Judge Sickel on July 18, 2018, the parties reached a Settlement Agreement covering all claims in the case. The parties filed their Joint Motion for Preliminary Approval of Class Settlement (the "Motion for Preliminary Approval") on September 14, 2018.

(ECF No. 36.) The Court granted the Motion for Preliminary Approval four days later on September 18, 2018. (ECF No. 37.)

Pursuant to the Court's order, Plaintiff's counsel mailed notice of the Settlement Agreement to the last-known addresses provided by Defendants for the class members. Class members who worked in Wisconsin were given forty-five days to opt-out of the Settlement Agreement or file an objection, and class members who worked in Texas were given forty-five days to opt-in to the Settlement Agreement. At the end of the notice period, no objections had been raised to the Settlement Agreement, sixty-one class members from Texas had opted-in to the Settlement Agreement, and only forty-six class members from Wisconsin had opted-out. In total, 4,222 class members will be bound by the Settlement Agreement (the "Settling Associates") and receive total payments of $335,118.66.

## ARGUMENT

The Settlement Agreement is fair and reasonable because it fully and adequately satisfies this Court's criteria for class and collective action settlements. A class action settlement may be approved under Rule 23 if: (1) the individual class members are afforded an opportunity to request exclusion from the settlement; (2) a hearing has been conducted; and (3) the court finds that the settlement is fair, reasonable, and adequate. Fed. R. Civ. P. 23(e). Similarly, a settlement of FLSA claims should be approved if it is a fair and reasonable resolution of a bona fide dispute. *Lynn's Food Store, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982). As the parties showed at length in their Motion for Preliminary Approval, the Settlement Agreement satisfies each of these standards. (ECF No. 36.) The parties incorporate those arguments by reference into the present motion as equally applicable to final approval.

## CONCLUSION

For all the reasons stated above and in their Motion for Preliminary Approval, the parties respectfully request that the Court enter an order which (1) grants final approval of the Settlement Agreement; and (2) approves the mailing of payments to the Settling Associates as set forth in the Settlement Agreement. Plaintiff further requests that the Court grant Plaintiff's

2

Petition for Approval of Attorneys' Fees and Costs (ECF Nos. 77-78) and approve the incentive payment to Plaintiff as provided in the Settlement Agreement. The parties also request any other or additional relief to which they may show themselves justly entitled.

Respectfully submitted,

**WALCHESKE & LUZI, LLC**
15850 Bluemound Road, Suite 304
Brookfield, WI 53005
262.780.1953

By: */s/ Scott S. Luzi*
James A. Walcheske
Wisconsin Bar No. 1065635
jwalcheske@walcheskeluzi.com
Scott S. Luzi
Wisconsin Bar No. 1067405
sluzi@walcheskeluzi.com
David M. Potteiger
Wisconsin Bar No. 1067009
dpotteiger@walcheskeluzi.com

**ATTORNEYS FOR PLAINTIFF TRACY GERLACH**

**WEISBART SPRINGER HAYES LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

By: */s/ Julie A. Springer*
Julie A. Springer
Texas Bar No. 18966770
jspringer@wshllp.com
Matt C. Wood
Texas Bar No. 24066306
mwood@wshllp.com

3

R. George Burnett
Wisconsin Bar No. 1005964
gb@lcojlaw.com
**CONWAY, OLEJNICZAK & JERRY, S.C.**
231 South Adams Street
Green Bay, Wisconsin 54301
920.437.0476
920.437.2868 fax

**ATTORNEYS FOR DEFENDANTS WEST REVENUE GENERATION SERVICES, LLC AND WEST CORPORATION**

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by way of:

- ☐ U.S. Mail, First Class
- ☐ Certified Mail
- ☐ Facsimile
- ☐ Federal Express
- ☐ Hand Delivery
- ☒ ECF (electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants)

on this 27th day of December 2018, to wit:

James A. Walcheske
Scott S. Luzi
WALCHESKE & LUZI, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
(262) 780-1953
(262) 565-6469 fax
jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Julie A. Springer*
Julie A. Springer

5

Case 1:18-cv-00170-WCG    Filed 12/27/18    Page 5 of 5    Document 86